**4**

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 106
P.O. Box 3291
Modesto, California 95353
Telephone: (209) 521-8100
Facsimile: (209) 524-8461
Email: carl@cwcollinslaw.com

Attorney for Trustee
Irma C. Edmonds

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re: | Case No: 12-41636 |
| Diana R. Gorden, | Chapter 7 Case |
| 250 S. Coolidge Avenue<br>Stockton, CA 95215 | DC No. CWC-2 |
| SSN xxx-xx-9163 | Date: April 8, 2014<br>Time: 9:32 a.m.<br>Place: Courtroom 32 |
| Debtor. | |

**MOTION FOR AUTHORIZATION**

**TO SELL PERSONAL PROPERTY OF THE ESTATE**

To: The Honorable Thomas C. Holman, U.S. Bankruptcy Judge:

Irma C. Edmonds, the duly qualified and acting trustee in this case, pursuant to 11 U.S.C. § 363(b) and Federal Rule of Bankruptcy Procedure 6004, respectfully represents:

1. This Court has jurisdiction of this matter under 28 U.S.C. §§ 1334 and 157(a).

2. On December 19, 2012, the Debtor filed a petition under Chapter 7 of the Bankruptcy Codes, in the above-entitled Court. Irma C. Edmonds has been appointed as Trustee in the Chapter 7 case.

3. Among the assets of the Chapter 7 bankruptcy estate is the Debtor's 1/3 beneficial interest in the Mary Lee Gorden Living Trust ("Trust") as it relates to the Trust's interest in real property located in Pershing County, Nevada, APN 008-520-03. The subject real property owned by the Trust is approximately 20 acres of undeveloped land zoned AMR (Agriculture-Mining-Recreation). AMR zoning is limited to 1 dwelling per 160 acres and applies to public open space lands, environmentally sensitive areas and areas with limited access to infrastructure, i.e transportation, water, schools, and emergency services. Generally, land zoned AMR consists of open areas with limited highway or major road access, limited water availability, no fire protection services, and limited employment opportunities.

4. The Pershing County Assessors Office lists the subject real property owned by the Trust as having a taxable valuation of $5,186.00.

5. The Trustee is informed and believes that the subject real property owned by the Trust is unencumbered.

6. The Trustee has received an offer from Patricia L. Mora, 29229 Glencoe Lane, Menifee, CA 92584 to purchase the Debtor's 1/3 beneficial interest in the Trust as it relates to the Trust's interest in real property located in Pershing County, Nevada, APN 008-520-03 for the sum of $1,728.00. Patricia L. Mora is the current trustee of the Mary Lee Gorden Living Trust and also owns a separate 1/3 beneficial interest in the Trust. Patricia L. Mora is purchasing the Debtor's 1/3 beneficial interest in the Trust as it relates to the Trust's interest in real property located in Pershing County, Nevada, APN 008-520-03 on an "As Is,

Where Is" basis. Said sale is without representation or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purpose.

7. Patricia L. Mora has tendered to the Trustee the sum of $1,728.00 as an earnest money deposit with such sum to be held in trust pending court approval of the sale.

8. The sale is subject to Bankruptcy Court approval and subject to such overbids as may be received at the time of the hearing and subject to such overbid requirements as the Court may impose. All deposits of unsuccessful bidders are fully refundable.

9. In order to qualify to make an overbid at the hearing of this motion each prospective bidder must provide the Trustee with the following:

   a. An earnest money deposit of $1,728.00;

   b. The bidder's name, social security number or tax identification number and mailing address; and

   c. The bidder must be available to appear personally or by telephonic appearance at the hearing on this motion.

10. Said sale represents the Trustee's best efforts to sell the Debtor's 1/3 beneficial interest in the Trust as it relates to the Trust's interest in real property located in Pershing County, Nevada, APN 008-520-03 for the highest possible price and the Trustee believes that the proposed sale is in the best interests of the estate.

WHEREFORE, the Trustee, Irma C. Edmonds, prays for an Order of this Court:

1. authorizing the Trustee to enter into the proposed sale of the Debtor's 1/3 beneficial interest in the Trust as it relates to the Trust's interest in real property located in Pershing County, Nevada, APN 008-520-03 for the sum of $1,728.00 on an "As Is, Where Is" basis upon the above-described terms and conditions;

2. authorizing such overbids as may be submitted at the time of the hearing on this Motion, subject to such terms and conditions as may be required by the Trustee and/or the Court;

3. authorizing the execution and delivery by the Trustee of any and all documents which may be necessary or convenient to conclude the transaction; and

4. granting such other and further relief as the court deems proper.

Dated: 2-24-14

Respectfully Submitted,

Law Office of Carl W. Collins

Carl W. Collins
Attorney for Trustee